IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Bushnell Inc., a Delaware corporation and Laser Technology, Inc., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Wildgame Innovations, L.L.C., a Louisiana limited liability company; and WGI Innovations, Ltd. d/b/a BA Products, a Texas company,<br><br>Defendants. | Civil No. 10-2303-JWL-JPO |

## Complaint

Plaintiffs Bushnell Inc. and Laser Technology, Inc., for their cause of action against Wildgame Innovations, L.L.C. and WGI Innovations, Ltd. d/b/a BA Products, allege and state as follows:

### Parties

1.  Plaintiff Bushnell Inc. ("Bushnell") is a corporation duly organized under the laws of the State of Delaware with a principal place of business at 9200 Cody, Overland Park, Kansas, 66214.

2.  Plaintiff Laser Technology, Inc. ("LTI") is a corporation duly organized under the laws of the State of Delaware with a principal place of business at 7070 South Tucson Way, Centennial, Colorado, 80112. Bushnell and LTI will be collectively referred to as Plaintiffs.

3.  Upon information and belief, Defendant Wildgame Innovations, L.L.C. ("WGI") is a Louisiana limited liability company having a principal place of business at 101 Cason Road, 1st Floor, Broussard, Louisiana 70518. Corporate records available at the Louisiana Secretary of

State indicate that WGI's registered agent for service of process is Dale Martin, 3721 Highway 90 East, Broussard, Louisiana 70518.

4. Upon information and belief, Defendant WGI Innovations, Ltd. d/b/a BA Products ("BA Products") is a Texas company having a principal place of business at 602 Fountain Parkway, Grand Prairie, Texas, 75050. Corporate records available at the Texas Secretary of State indicate that BA Products' registered agent for service of process is R. Spencer Shytles, Two Lincoln Centre, 5420 LBJ Freeway, Suite 300, Dallas, Texas 75240.

5. Defendants WGI and BA Products will be collectively referred to as Defendants.

## Jurisdiction and Venue

6. Plaintiffs incorporate by reference and re-allege the allegations in paragraphs 1 – 5, above, as if fully set forth herein.

7. This is an action for patent infringement arising under the patent laws, Title 35, United States Code.

8. This Court has jurisdiction over the subject matter of this action pursuant to the provisions of 28 U.S.C. §§ 1331 and 1338(a).

9. Venue is proper in this District in accordance with 28 U.S.C. §§ 1391(b) – (c), and 1400(b). Upon information and belief, Defendants sell various products, including the product complained of herein, throughout the United States and within this judicial district.

## Count I – Patent Infringement
(U.S. Patent No. 5,612,779)

10. Plaintiffs incorporate by reference and re-allege the allegations in paragraphs 1 – 9, above, as if fully set forth herein.

11. On March 18, 1997, U.S. Patent No. 5,612,779 (the "'779 Patent"), entitled "Automatic Noise Threshold Determining Circuit and Method For a Laser Range Finder," was

duly and legally issued by the United States Patent and Trademark Office. A true and accurate copy of the '779 Patent is attached hereto as Exhibit A.

12. LTI owns all right, title, and interest in and to the '779 Patent, including full rights to recover past and future damages thereunder. Bushnell is the exclusive licensee of the '779 Patent within the field including the products accused of infringement herein, and Plaintiffs between them have full rights to recover past and future damages thereunder.

13. Bushnell sells, and/or offers for sale in the United States laser range finders that embody the claimed inventions of the '779 Patent. Bushnell has placed and continues to place the required statutory notice that its laser range finders are protected by the '779 Patent on Bushnell's laser range finders that embody the claimed inventions of the '779 Patent.

14. Upon information and belief, Defendants import, distribute, sell, and/or offer to sell throughout the United States, including within this District, one or more lines of laser range finders, including, but not limited to, lines of products sold by WGI under the name HALO r400. Upon information and belief, by reason of their commercial activities, Defendants have, and are still, directly infringing, contributorily infringing, and/or inducing infringement of, the '779 Patent by making, using, selling, and/or offering for sale laser range finders, including at least the HALO r400.

15. Upon information and belief, Defendants have deliberately and willfully infringed the '779 Patent and will continue to infringe the '779 Patent and Plaintiffs will be irreparably harmed unless Defendants are enjoined by this Court under 35 U.S.C. § 283 from their continuing infringement.

16. As a direct and proximate result of the Defendants' infringement of the '779 Patent, Plaintiffs have been, and are continuing to be, damaged and are entitled to recover damages from Defendants under 35 U.S.C. § 284.

**WHEREFORE**, Plaintiffs requests that this court enter a judgment:

(a) Preliminarily and permanently enjoining and restraining Defendants, their officers, directors, agents, dealers, representatives, servants, and employees, and all parties in active concert with Defendants, from directly infringing, contributorily infringing, or inducing infringement of U.S. Patent No. 5,612,779;

(b) Granting to Plaintiffs an award of damages, together with prejudgment interest, for the damages suffered by Plaintiffs as a result of infringement by Defendants, and an award trebling said damages as a result of the willful nature of the Defendants' infringement in accordance with 35 U.S.C. § 284;

(c) Awarding Plaintiffs their costs and attorneys' fees, pursuant to 35 U.S.C. § 285; and

(d) Granting Plaintiffs such other and further relief and remedy as justice may require.

### Jury Demand

Plaintiffs Bushnell and LTI demand a trial by jury in this matter.

Dated: May 28, 2010

Respectfully Submitted,

/s/ Scott R. Brown

Scott R. Brown, KS Bar #23,395
Jennifer C. Bailey, KS Bar #23,446
Matthew B. Walters, KS Bar #23,514
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210
T: (913) 647 – 9050
F: (913) 647 – 9057

ATTORNEYS FOR PLAINTIFFS
BUSHNELL INC. AND
LASER TECHNOLOGY, INC.